IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITES STATES OF AMERICA | § | |
| VS. | § | CASE NO. C-13-468 |
| RAFAEL LEYVA-PEREZ | § | |

### ORDER CONTINUING PRETRIAL AND JURY SELECTION

CAME on for consideration, **RAFAEL LEYVA-PEREZ**'s Unopposed Motion to Continue Pretrial of Jury Selection of Defendant **RAFAEL LEYVA-PEREZ**. It is, therefore,

**ORDERED** that the Unopposed Motion To Continue Pretrial and Jury Selection of **RAFAEL LEYVA-PEREZ** is hereby **GRANTED,** and that the date for this Pretrial and Jury Selection is continued to _July 8_, 2013 at _9:00_ m. Final Pretrial on July 1, 2013 @ 9:00 AM

DONE on this _12TH_ day of _June_, 2013.

_____
UNITED STATE DISTRICT JUDGE